**Order entered March 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01097-CR

### DANIEL MAVERO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA13-71667-L**

## ORDER

On February 9, 2015, this Court ordered court reporter Sharina Folwer to file the reporter's record by March 6, 2015. To date, Ms. Fowler has neither filed the reporter's record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Sharina Fowler, official court reporter of the County Criminal Court No. 10, to file the complete reporter's record, including all exhibits, by **4:00 p.m. on FRIDAY, APRIL 3, 2015**. If the record is not filed by the date and time specified, the Court will utilize the available remedies, including ordering that Sharina Fowler not sit as a court reporter until she has filed the reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Roberto Canas, Jr., Presiding Judge, County Criminal Court No. 10; Sharina Fowler,

official court reporter, County Criminal Court No. 10; Jeff Buchwald; and the Dallas County District Attorney's Office.

/s/    ADA BROWN
       JUSTICE